UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JACOBSEN,<br><br>                Plaintiff,<br><br>        v.<br><br>KIRK POOL,<br><br>                Defendant. | Case No.  1:16-cv-01760-BAM (PC)<br><br>ORDER GRANTING REQUEST FOR STATUS OF CASE<br><br>(ECF No. 9) |

Plaintiff Michael Jacobsen ("Plaintiff"), an inmate currently detained at the Fresno County Jail, is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Currently before the Court is Plaintiff's notice of change of address and request for status of case.  (ECF No. 9.)  Plaintiff states that he is now incarcerated and does not know which of his cases have deadlines.  Plaintiff requests that the Court send him any deadlines in his pending actions, as he is in custody and without any legal work.

The Court reminds Plaintiff that a screening order was issued in this action on June 13, 2017, and served by mail on Plaintiff.  (ECF No. 8.)  That order dismissed Plaintiff's complaint with leave to amend, for failure to state a cognizable claim for relief, and set forth the applicable legal standards for curing deficiencies in the complaint.  The order set a deadline of July 17, 2017 for the filing of Plaintiff's first amended complaint or notice of voluntary dismissal, and warned Plaintiff that failure to comply with the order would result in dismissal of this action, with

1

prejudice, for failure to state a claim and to obey a court order.  (Id.)

Accordingly, Plaintiff's request for status of case (ECF No. 9) is GRANTED, as set forth above.

IT IS SO ORDERED.

Dated:    **July 13, 2017**                              /s/ *Barbara A. McAuliffe*
                                                         UNITED STATES MAGISTRATE JUDGE