# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MICHAEL JACOBSEN, | Case No. 1:16-cv-01760-BAM (PC) |
|---|---|
| Plaintiff, | ORDER REGARDING NOTICE OF CHANGE OF ADDRESS |
| v. | |
| KIRK POOL, | |
| Defendant. | |

Plaintiff Michael Jacobsen ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Currently before the Court is Plaintiff's notice of change of address, filed December 29, 2017. (ECF No. 21.) That undated document states that Plaintiff is now incarcerated at the Fresno County Jail, and requests re-service of anything mailed within the last forty-five (45) days. (Id.)

Plaintiff is advised that no orders have been issued in this action within the last forty-five (45) days. Plaintiff's first amended complaint, filed on September 5, 2017, (ECF No. 16), and Plaintiff's second amended complaint, lodged on October 5, 2017, (ECF No. 18), will be screened in due course.

IT IS SO ORDERED.

Dated: **January 3, 2018**         /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

1